IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LANZO SMALL,

        Plaintiff,                        CIV-S-07-1064 MCE EFB

    vs.

STONE BROTHERS & ASSOCIATES,

        Defendant.
_____/

        On August 31, 2007, plaintiff filed a substitution of counsel in this case. Therefore, the referral to the magistrate judge is withdrawn, and the scheduling conference set for October 10, 2007, before the undersigned is vacated. However, the magistrate judge shall continue to perform his usual discovery tasks associated with ordinary civil cases. Henceforth, the caption on documents filed in this case shall be shown as CIV-S-07-1064 MCE EFB.

DATED: September 28, 2007.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE